IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

FILED

2007 JUN -5 P 4 15

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:07-CR-64 |
| | ) JUDGES Phillips/Guyton/PAF |
| ANDREA MARIA YOUNG | ) |

## SEALING ORDER

For good cause shown, it is ORDERED that the Indictment be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This 5 day of June, 2007.

H. Bruce Guyton
United States Magistrate Judge